# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1842

_____

| | | |
|---|---|---|
| Bobby Eugene Shelton, | * | |
| now known as Bilal Shukr, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| Michael Carr, Jail Administrator; | * | **[UNPUBLISHED]** |
| Brian Gardner, Asst. Jail | * | |
| Administrator; Don Zeller, | * | |
| Sheriff; Jan Dolley, Head Nurse, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 2, 2003
Filed: April 4, 2003

_____

Before LOKEN,* Chief Judge, BOWMAN, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

_____

*The Honorable James B. Loken became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2003.

Iowa inmate Bobby Shelton appeals the district court's[*] judgment for defendant officials at Linn County Corrections Center (LCCC) following a bench trial in Shelton's 42 U.S.C. § 1983 action, in which he had claimed that LCCC's policies prohibited him from freely exercising his religion.

Having carefully reviewed the available record de novo, see Love v. Reed, 216 F.3d 682, 687 (8th Cir. 2000) (standard of review), we conclude that the evidence presented at trial supports the magistrate judge's thorough, well-reasoned ruling that LCCC's policies did not violate Shelton's First Amendment right to freely exercise his religion, see Turner v. Safley, 482 U.S. 78, 89-91 (1987) (prison regulation that impinges on inmates' constitutional rights is valid if it is reasonably related to legitimate penological interests). We also decline to consider Shelton's arguments raised for the first time on appeal.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The HONORABLE JOHN A. JARVEY, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).